# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**JANET M. SULLIVAN**                                                                                **PLAINTIFF**

**v.**                                                                     **CIVIL ACTION NO. 3:08CV-321-S**

**DISTRICT OF COLUMBIA, WASHINGTON, D.C.**                                                 **DEFENDANT**

## MEMORANDUM OPINION

Unrepresented by counsel, Plaintiff filed a handwritten, largely illegible complaint (DN 1), that does not clearly indicate who the defendants are, the Court's subject matter jurisdiction, or the details of her claim(s). She additionally filed an application to proceed without prepayment of fees (DN 3) that fails to contain financial information necessary for this Court to make a determination as to whether she meets the requirements for *in forma pauperis* status. In light of these deficiencies, on August 5, 2008, the Court ordered Plaintiff to (1) complete a court-supplied complaint form, listing the defendants in the caption, setting forth this Court's jurisdiction, and detailing claims against the defendants; and (2) file a *fully completed* application to proceed without prepayment of fees listing her income, savings, and expenses. The Court warned Plaintiff that failure to comply with the Order within 30 days would result in dismissal of the action.

Review of the record reveals that Plaintiff has failed to comply with the Order in any respect or show cause for said failure. The Court will, therefore, dismiss the action by separate order for failure to prosecute.

Date:

cc:        Plaintiff, *pro se*
4411.005